UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED SEP 21 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Laura Layne
Name of plaintiff(s)

v.

Brenda Marie Sanders

Name of defendant(s)

Case No. 1:23-cv-215
(to be assigned by Clerk)

McDonough/Steger

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

She is my daughter and ya'll are holding her against her will. Yall have took her baby & cannot see her baby.

2. Plaintiff, Laura _____ resides at 38 Charles J Ln, Dunlap
   street address, city

   Sequatchie, TN, 37327, 423-827-8325
   county, state, zip code, telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1