UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LAURA LAYNE, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> BRENDA MARIE SANDERS, ) <br> ) <br> *Defendants*. ) <br> ) <br> ) | Case No. 1:23-cv-215 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Christopher H. Steger |

**MEMORANDUM AND ORDER**

Before the Court is Magistrate Christopher H. Steger's report and recommendation (Doc. 7), which recommends that the Court dismiss Plaintiff Laura Layne's complaint without prejudice.

Plaintiff filed the original complaint (Doc. 2) in this action on September 21, 2023, and contemporaneously filed a motion for leave to proceed *in forma pauperis* (Doc. 1). Under the Prison Litigation Reform Act, district courts must screen pro se complaints—even when the plaintiff is not a prisoner but seeks *in forma pauperis* status—and *sua sponte* dismiss any claims that are frivolous or malicious, fail to state a claim on which relief may be granted, or name a defendant who is immune. *See* 28 U.S.C. § 1915(e)(2); *Baker v. Wayne Cnty. Fam. Indep. Agency*, 75 F. App'x 501, 502 (6th Cir. 2003) ("The statute requires courts to dismiss in forma pauperis complaints that fail to state a claim[] and applies to complaints filed by non-prisoners as well as prisoners." (citations omitted)). Therefore, Magistrate Judge Steger screened Plaintiff's complaint in addition to considering her motion to proceed *in forma pauperis*.

On screening, Magistrate Judge Steger found that Plaintiff's complaint failed to establish that this Court has subject matter jurisdiction. (Doc. 7, at 2.) Specifically, Plaintiff filed a one-sentence complaint which stated that "[s]he is my daughter and ya'll are holding her against her will. Ya'll have took her baby & cannot see her baby." (*Id.* at 1.) Magistrate Judge Steger found that Plaintiff had not established federal question or diversity jurisdiction. (*Id.* at 2.) Plaintiff has filed no objections to Magistrate Judge Steger's report and recommendation and the time to do so has now passed.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's report and recommendation (Doc. 7). This action **SHALL** be **DISMISSED WITHOUT PREJUDICE**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**