# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| LAURA LAYNE, | ) |
|     *Plaintiff*, | ) Case No. 1:23-cv-215 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| BRENDA MARIE SANDERS, | ) Magistrate Judge Christopher H. Steger |
| | ) |
|     *Defendants*. | ) |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum and order, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's report and recommendation (Doc. 7), and this action is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

                                                                       */s/ Travis R. McDonough*
                                                                       **TRAVIS R. MCDONOUGH**
                                                                       **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT